FILED
SUPERIOR COURT
OF GUAM

2021 NOV -8 PM 3: 20

CLERK OF COURT
BY: ____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ROSALIA U.G. PANGELINAN,<br><br>Plaintiff,<br><br>v.<br><br>F. RANDALL CUNLIFFE as TRUSTEE OF THE DONGO TRUST, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Civil Case No. CV0301-20<br><br>DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III upon submission of Defendant F. Ranndall Cunliffe's ("Defendant's") Motion for Sanctions ("Motion"). Attorney Jacqueline Taitano Terlaje represents Plaintiff, and Attorney Joseph C. Razzano represents Defendant. Oral arguments were not requested and the Court decided this matter on the briefs. Having duly considered the parties' briefs and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

### BACKGROUND

On May 4, 2021, Plaintiff failed to appear for her pre-arranged deposition. Rule 37.1 Stipulation at A.2 (Jul. 27, 2021). A second deposition was set for May 25, 2021, but Plaintiff once again failed to appear. Id. at A.4. Defendant served notice on Plaintiff's counsel before each of these occasions. Id. at A.2 & A.3. Plaintiff states she missed both these depositions due to illness, and provided Defendant's counsel with a doctor's note from the American Medical Center to back this claim up. Id. at B.5.

Decision and Order Denying Defendant's Motion for Sanctions
CV0301-20, *Pangelinan v. F Randall Cunliffe as Trustee of the Dongo Trust*
Page 1 of 3

A third deposition was scheduled for June 11, 2021. However, shortly before this date, Plaintiff replaced her lawyer with a new one who was on a multi-month vacation at the time. Id. at A.5. This change prevented the June 11 deposition from going forward. Defendant believes Plaintiff changed counsel to once again avoid the deposition. Id. at A.5. Plaintiff claims this change was genuine and wasn't related to any attempt at avoiding discovery obligations. Id. at B.2.

On July 27, 2021, Defendant filed his Motion for Sanctions against Plaintiff. Defendant claims that Plaintiff's repeated failures to take a deposition violate GRCP 30, and justify sanctions under GRCP 37(d). Motion at 1-2 (Jul. 27, 2021). Defendant claims Plaintiff's three missed depositions are just part of a long-run attempt at avoiding the deposition dating back to October 2020. Id. at 2. Defendant now seeks to dismiss Plaintiff's Complaint, or, in the alternative, order Plaintiff to sit for her deposition in Judge Lamorena's courtroom and pay for all of Defendants fees and costs associated with her deposition and all its failed attempts. Id. at 3.

On August 24, 2021, Plaintiff filed her Opposition to Motion for Sanctions ("Opposition"). Plaintiff denies violating GRCP 30, and claims she made a good faith effort to resolve the discovery dispute. Opposition at 2 (Aug. 24, 2021). Plaintiff also states that it's incorrect to say discovery obligation avoidance dates back to October 2020, as the parties amended their discovery plan and agreed to stay discovery between December 24, 2020 and February 16, 2021. Id. at 2.

Oral arguments were not requested and the Court decided this matter on the briefs. The Court took the matter Under Advisement on September 7, 2021, the day reply briefs were due. *See* CVR 7.1 Form 1 (Jul. 27, 2021).

## DISCUSSION

Guam Rule of Civil Procedure 30 requires a party to sit for a deposition without leave of court. GRCP 30(a)(1). When a party fails to attend his or her own deposition, after being served with proper notice, the Court on motion may make such orders regarding the failure as are just. GRCP 37(d)(1)-(3). Furthermore, the Court "shall require the party failing to act … to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust. GRCP 37(d)(3).

Decision and Order Denying Defendant's Motion for Sanctions
CV0301-20, *Pangelinan v. F Randall Cunliffe as Trustee of the Dongo Trust*
Page **2** of 3

It is undisputed that Plaintiff failed to attend three separate depositions. However, these failures were substantially justified. Plaintiff missed the first two depositions due to illness, as confirmed through a written doctor's note provided to Defendant's counsel. Opposition at 3 (Aug. 24, 2021). The Court finds it unrealistic and outright dangerous to pressure sick individuals into attending depositions, especially given the deadly pandemic currently sweeping across Guam. Furthermore, Defendant offers no evidence to support his theory that Plaintiff's change in counsel was purposely made to delay / avoid the June 11th deposition. Plaintiff has stated she changed counsel in good faith, and Defendant has provided no reason to think otherwise.

## CONCLUSION

For the reasons stated above, the Court **DENIES** Defendant's Motion. Plaintiff shall not pay any sanctions towards Defendant. It is up to the Parties to reach agreement on a new deposition date.

**IT IS SO ORDERED** this _____ **NOV - 8 2021** _____ .



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:

_Jackie Terlaje_

_RAZZANO_

Date: _____ Time: _11/8/21_

**Joseph Barcinas, Jr.**
Deputy Clerk, Superior Court of Guam

Decision and Order Denying Defendant's Motion for Sanctions
CV0301-20, *Pangelinan v. F Randall Cunliffe as Trustee of the Dongo Trust*
Page **3** of **3**